**5**

**John O'FALLON, Plaintiff in Error, v. UNITED STATES of America.**

Circuit Court of Appeals, Eighth Circuit. January 24, 1928.

No. 7821.

In Error to the District Court of the United States for the Northern District of Oklahoma.

See, also, 15 F.(2d) 740.

John T. Harley, of Tulsa, Okl., for plaintiff in error.

John M. Goldesberry, U. S. Atty., and W. B. Blair, Asst. U. S. Atty., both of Tulsa, Okl., for the United States.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of plaintiff in error.